WILLIAM CAMBURN, BY HIS GUARDIAN *AD LITEM*, INEZ
MC GAYHEY v. MARLBORO PSYCHIATRIC HOSPITAL.

January 16, 1979. Petition for certification granted. (See
162 *N. J. Super.* 323)

IN THE MATTER OF GRACE K. WILSON v. STATE OF NEW
JERSEY, BOARD OF TRUSTEES, TEACHERS' PENSION
AND ANNUITY FUND.

January 16, 1979. Petition for certification denied.

KAREN A. CREED v. CHAMPION POOLS INC.

January 16, 1979. Petition for certification denied.

LA RAINE PORRONI v. BOARD OF REVIEW.

January 16, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. MIGUEL A. SANTOS.

January 16, 1979. Petition for certification denied.